IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO: 4:17 CR 351 |
| | ) | |
| **Plaintiff** | ) | JUDGE: BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| **JOHN SIMER** | ) | NOTICE OF APPEAL |
| **Defendant.** | | |

Notice is hereby given that Defendant, JOHN SIMER, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on the 10TH day of August 2019.

Respectfully submitted,

/S/RHONDA L KOTNIK\_\_\_
RHONDA L KOTNIK (#00077345)
333 S Main St Suite 401
Akron, Ohio 44308
(330) 330-253-5533
rlkotnik@aol.com

PROOF OF SERVICE

I hereby certify that on the 13th day of July 2019, a copy of the foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/S/ RHONDA L. KOTNIK\_\_
RHONDA L KOTNIK